1  SCOTT N. JOHNSON, ESQ. – SBN 166952
   Law Offices of Scott N. Johnson
2  5150 Fair Oaks Boulevard, Suite 101
   Carmichael, CA 95608-5758
3  (916) 485-3516 Telephone
   (916) 481-4224 Facsimile
4
   Attorneys for Plaintiff Scott N. Johnson
5

6                  **UNITED STATES DISTRICT COURT**

7                  **EASTERN DISTRICT OF CALIFORNIA**

8
                                          )        **2:05-CV-2534-MCE-PAN**
9  SCOTT N. JOHNSON                       )
              Plaintiff,                  )
10        vs.                             )        PLAINTIFF'S REQUEST FOR
                                          )        DISMISSAL WITH PREJUDICE
11                                        )
   LONG JOHN SILVER'S, INC.; LOJON        )
12 PROPERTIES, LLC; and DOES 1            )
   through 10, inclusive,                 )
13            Defendants                  )
                                          )
14                                        )

15

16        PLEASE TAKE NOTICE THAT, defendants not yet appearing, pursuant to

17 Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action

18 with prejudice.

19 Dated:  February 3, 2006          SCOTT N. JOHNSON
                                     Law Offices of Scott N. Johnson
20
                                     By:  /S/ Scott N. Johnson_____
21                                        Scott N. Johnson
                                          Attorney for Plaintiff Scott N. Johnson
22

23

24

25

26

27

28                                  1
                                                    _____
                                                    REQUEST FOR DISMISSAL